UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SLaM ARCHITECTURE + PLANNING, INC.,

        Plaintiff,

  v.                                                   Case No. 06-C-359

DANIEL PAMPERIN, LORI PAMPERIN,
PROSSER BUILDERS, INC. and
MC MONAGLE LUMBER, INC.,

        Defendants,

and

WILSON MUTUAL INSURANCE COMPANY,

        Intervenor Defendant.

## ORDER

      Wilson Mutual Insurance Company filed a motion to intervene in the above matter in order to seek a determination of whether coverage existed under the insurance policy it issued to defendants Daniel and Lori Pamperin. At the same time, Wilson moved to bifurcate the coverage issue from the merits of the underlying action and to stay discovery on the merits until the coverage issue could be resolved. Wilson's motion to intervene was granted without objection by the other parties. However, the request to stay proceedings was opposed on the ground that it would further delay the ultimate resolution on the merits. Wilson has now filed a reply in which it states that it no longer seeks an immediate stay and bifurcation of the proceedings. Instead, Wilson states that

it intends to quickly move for a determination of the coverage issue and asks that its motion for bifurcation and a stay be held under advisement pending the outcome of that motion.

Rather than hold the pending motions under advisement, the court will deny the motion for a stay and for bifurcation, but without prejudice. Wilson may refile the motions and seek such relief as it deems appropriate in the event that its dispositive motion is unsuccessful.

**SO ORDERED** this ___16th___ day of November, 2006.

                                           s/ William C. Griesbach
                                           William C. Griesbach
                                           United States District Judge