UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SLaM ARCHITECTURE + PLANNING, INC.,

    Plaintiff,

v.        Case No. 06-C-359

DANIEL PAMPERIN, LORI PAMPERIN,
PROSSER BUILDERS, INC. and
MC MONAGLE LUMBER, INC.,

    Defendants.

**ORDER FOR WITHDRAWAL OF COUNSEL**

IT IS HEREBY ORDERED that Attorneys James S. Smith and Wendy G. Gunderson of the firm of Steinhafel, Smith & Rowen, S.C., may withdraw as counsel for the defendant, Prosser Builders, Inc.

Dated this __18th__ day of December, 2006.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge